# EXHIBIT A

① 

## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| Loretta O. Burks,<br>      Plaintiff,<br><br>Vs.<br><br>Vanna Duong doing business as Huddle House of Roanoke; X the legal entity operating the store located at 3106 U. S. Highway 431, Roanoke, Alabama on April 17, 2005, and Y the legal entity being the manager of the store located at 3106 U. S. Highway 431, Roanoke, Alabama on April 17, 2005, and Z the legal entity responsible for the accident referred to in the complaint, all of whose true names and legal description are otherwise unknown to Plaintiff but will be supplied by amendment when ascertained,<br>      Defendants, | Civil Action CV-2006- 054 |

## SUMMONS

NOTICE TO:   Vanna Duong
            605 Golden Meadows Lane
            Snellville, Georgia  30024

Complaint which is attached to this summons is **IMPORTANT** and you must take immediate action to protect your rights. You or your attorney are required to file the original of your written answer, either admitting or denying each allegation in the Complaint with the Clerk of this Court. A copy of your answer must be mailed or hand delivered by you or your attorney to the Plaintiff or Plaintiff's Attorney, *S. Sanford Holliday, Attorney at Law, P. O. Box 727, Roanoke, Alabama, 36274*. This answer must be mailed or delivered within **Thirty (30) days** after this summons and Complaint were delivered to you or a judgment by default may be entered against you for the money or other things demanded in the Complaint.

---

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE Alabama Rules of Civil Procedure:

____  You are hereby commanded to serve this summons and a copy of the Complaint in this action upon the Defendant.

__X__ Service by certified mail of this summons is initiated upon the written request of Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date 3/27/06                                                  _____ By:_____
                                                              Clerk/Register

## IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

| | |
|---|---|
| Loretta O. Burks,<br>    Plaintiff,<br><br>Vs.<br><br>Vanna Duong doing business as Huddle House of Roanoke; X the legal entity operating the store located at 3106 U. S. Highway 431, Roanoke, Alabama on April 17, 2005, and Y the legal entity being the manager of the store located at 3106 U. S. Highway 431, Roanoke, Alabama on April 17, 2005, and Z the legal entity responsible for the accident referred to in the complaint, all of whose true names and legal description are otherwise unknown to Plaintiff but will be supplied by amendment when ascertained,<br>    Defendants, | Civil Action CV-2006- 054 |

### Complaint

1.  Plaintiff avers that on April 17, 2005, she was a business invitee at the restaurant store in Roanoke, Alabama and on said occasion the Defendant negligently maintained the front walk of said store so that it was not reasonably safe for members of the public, including the Plaintiff to walk upon. As a proximate consequence of said negligence, Plaintiff was caused to fall and seriously injure herself as hereinafter described.

2.  Plaintiff's chest, head, mouth and other parts of her body were bruised, contused and otherwise injured and damaged; her teeth were broken and fractured in a number of places; her mouth was lacerated; her back was hurt. She was made sick and sore; her ability to eat and walk has been permanently impaired; she suffered great physical pain and mental anguish; her ability to continue her normal activities was impaired and will be impaired in the future; she was caused to incur considerable expense for doctors, hospitals and other medical expenses in and about her efforts to heal and cure said injuries and will continue to incur same; she was internally and permanently injured.

Wherefore Plaintiff demands judgment against Defendants in the sum of Two Hundred fifty thousand and 00/100 ($250,000.00) plus costs.

_Loretta V. Burks_
Loretta O. Burks

State of Alabama    )
                    :
Randolph County     )

Before me, the undersigned authority, a Notary Public in and for said State and County, do hereby certify that, **Loretta O. Burks**, whose name is signed to the foregoing document, and who is known to me, acknowledged before me this day that, being informed of the contents of the document, he/she has executed the same voluntarily on the day the same bears date.

Given under my hand and seal this 20th day of March, 2006.

_[signature]_
Notary Public
My Commission Expires: 4-10-07

_[signature]_
S. Sanford Holliday
Attorney for Plaintiff
Post Office Box 727
Roanoke, Alabama 36274
Telephone: 334/863-2717
HOL 031

Plaintiff demands trial by struck jury on all issues.

_[signature]_
S. Sanford Holliday
Attorney for Plaintiff

Plaintiff requests service by certified mail on the Defendant at:

Vanna Duong
605 Golden Meadows Lane
Snellville, Georgia 30024