# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
- EASTERN DIVISION -

| | | |
|---|---|---|
| **LORETTA O. BURKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.: CV** |
| | ) | |
| **VANNA DUONG, doing business** | ) | |
| **as HUDDLE HOUSE OF** | ) | |
| **ROANOKE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF VANNA DUONG

STATE OF GEORGIA   )
                   )
COUNTY OF Fulton   )

Before me, the undersigned Notary Public, in and for said state and county, personally appeared Vanna Duong, and after first being duly sworn, states as follows:

I am over the age of nineteen (19) years of age and competent to testify to the matters contained herein. The information provided is based on personal knowledge of the facts set out below.

1. My name is Vanna Duong.

2. I am currently employed by Vanna's Food Management, Inc., d/b/a Huddle House, where my job title is President.

-1-

3.  Vanna's Food Management, Inc., d/b/a Huddle House, is, and was as of April 17, 2005, as well as prior thereto, a foreign corporation, incorporated under the laws of the State of Georgia, with its principle place of business in Suwanee, Georgia.

Affiant further saith not.

*Vanna Duong*
Vanna Duong
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 25TH DAY OF APRIL, 2006.

*Nana Boadu*
NOTARY PUBLIC

My Commission Expires: 11/30/2007

NANA O. BOADU
NOTARY PUBLIC
Fulton County, Georgia
My Commission Expires November 30, 2007

-2-