IN THE CIRCUIT COURT OF RANDOLPH COUNTY, ALABAMA

LORETTA O. BURKS, )
    Plaintiff, )
 )
vs. ) CIVIL ACTION NO.: CV 2006-054
 )
VANNA DUONG, doing business as )
HUDDLE HOUSE OF ROANOKE, )
 )
    Defendants. )

### NOTICE OF FILING REMOVAL

TO:  Ms. Kim S. Benefield
Randolph County Circuit Clerk
Post Office Box 328
Wedowee, Alabama 36278

S. Sanford Holliday
Post Office Box 727
Roanoke, Alabama 36274

**Filed in Office**
APR 2 6 2006
KIM S. BENEFIELD
Clerk of Circuit Court

Please take notice that the defendant, identified in plaintiff's Complaint as Vanna Duong, d/b/a Huddle House of Roanoke, more properly identified as Vanna's Food Management, Inc., d/b/a Huddle House, in the above-styled action, on the 26th day of April, 2006, filed it's Petition of Removal on behalf of this defendant, Vanna's Food Management, Inc., d/b/a Huddle House, and have filed a copy of this Notice of Filing Removal in the office of the Clerk in the United States District Court for the Middle District of Alabama, Eastern Division.

This Notice of Removal is based upon 28 U.S.C. §1332 based upon diversity of jurisdiction of the parties. Said defendant filed contemporaneously herewith its Notice of Removal setting forth with particularity the specific grounds for removal.

Submitted this the 26th day of April, 2006.

Notice of Filing Removal
Loretta O. Burks v. Vanna Duong d/b/a Huddle House of Roanoke
Circuit Court for Randolph County, Alabama
Civil Action No.: CV-2006-054
Page two

Respectfully submitted,

_____
Todd N. Hamilton (HAM041)

_____
Robert B. Stewart (STE124)
Attorneys for Defendant, Vanna's Zfodd
Management, Inc., d/b/a Huddle House

**OF COUNSEL:**

SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North
Suite 200
Birmingham, Alabama 35203
(205) 251-5885
(205) 251-8642 facsimile

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 26th Day of April, 2006.

S. Sanford Holliday
Post Office Box 727
Roanoke, Alabama 36274

_____
Of Counsel