IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
- EASTERN DIVISION -

| | |
|---|---|
| LORETTA O. BURKS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.: CV-06-383-CSC |
| | ) |
| | ) |
| VANNA DUONG, doing business | ) |
| as HUDDLE HOUSE OF | ) |
| ROANOKE, | ) |
| | ) |
|    Defendants. | ) |

**REPORT OF PARTIES' PLANNING MEETING**

    1.    Pursuant to ***Fed.R.Civ.P.*** 26(f), a meeting was held on May 22nd, 2006, and attended by:

        S. Sanford Holliday for plaintiffs, Lorretta O. Burks, and;

        Robert B. Stewart for defendant, Vanna's Food Management, Inc., d/b/a Huddle House;

    The parties do not request a conference with the court before entry of the scheduling order.

    2.    Parties:

        a.    The plaintiff shall have until August 22, 2006, to join any additional parties.

        b.    The defendant shall have until August 22, 2006, to join any

additional parties.

3. Pleadings:

   a. The plaintiff shall have until August 22, 2006 to amend the pleadings.

   b. The defendant shall have until September 22, 2006 to amend the pleadings.

4. Expert Testimony:

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under **_Fed.R.Civ.P._** 26(a)(2)(B) from any specially retained or employed expert, are due:

   a. From the plaintiff: December 7, 2006

   b. From the defendant: January 21, 2007

5. Discovery Limitations and Cutoffs:

   a. Unless modified by stipulation of the parties

   _Depositions_:

   Maximum of 5 non-party, non-expert witness depositions for each party with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

   _Interrogatories_:

   Maximum of 30 by each party directed toward any other party, with responses due within 30 days after service.

   _Request for Admissions_:

Maximum of 30 by each party directed toward any other party, with responses due within 30 days after service.

*Request for Production*:

Maximum of 30 by each party directed toward any other party, with responses due within 30 days after service

*Supplementation*:

Supplements under Rule 26(e), **Fed.R.Civ.P.**, are due 30 days after notice and 45 days before the close of discovery.

    b.    Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by June 14, 2006.

    c.    Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by March 7, 2007.

6.    Alternative Dispute Resolution Plan

The parties request that the determination of whether this case is suited for the Court's Alternative Dispute Resolution Track should be held until discovery has been completed.

7.    Final lists:

Final lists of trial witnesses and exhibits under **Fed.R.Civ.P.** 26(a)(3) must be served and filed:

    a.    By the plaintiff:    30 days before trial

    b.    By the defendant:    30 days before trial

Objections are to be filed within 14 days after receipt of final lists.

8. Dispositive Motions must be filed on or before February 7, 2007.

9. It's anticipated that this case will be ready for trial during the Court's May 7, 2007 civil trial term.

10. Scheduling Conference:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

Submitted this the 23rd day of May, 2006.

/s/Robert B. Stewart
Robert B. Stewart
Attorneys for Defendant, Vanna's Food Management, Inc., d/b/a Huddle House

**OF COUNSEL:**

**SMITH, SPIRES & PEDDY, P.C.**
2015 Second Avenue North; Suite 200
Birmingham, Alabama 35203
(205) 251-5885
(205) 251-8642 facsimile

/s/S. Sanford Holliday
S. Sanford Holliday
Attorney for Plaintiff, Lorretta O. Burks

**OF COUNSEL:**

Post Office Box 727
Roanoke, Alabama 36274
(334) 863-2717
(334) 863-8263 facsimile