IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| LORETTA O. BURKS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO.: 3:06-cv-383 |
| VS. | ) |
| | ) |
| VANN'S FOOD MANAGEMENT, INC., | ) |
| d/b/a HUDDLE HOUSE | ) |
| | ) |
| DEFENDANTS. | ) |

NOTICE OF APPEARANCE

Comes Now **James H. Starnes** and hereby enters his appearance as additional counsel of record for the plaintiff, Loretta O. Burks.

Respectfully Submitted,


/s/James H. Starnes

James H. Starnes, Attorney for Plaintiff

**OF COUNSEL:**
P. O. Box 590003
Birmingham, AL 35259-0003
(205) 320-0800


CERTIFICATE OF SERVICE

I hereby certify that I have the foregoing pleading electronically using the CM/ECF system which will electronically serve a copy of same on all counsel of record on this the 10th day of August, 2006 as follows:

    S. Sanford Holliday
    P. O. Box 727
    Roanoke, AL 36274

Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue Nort, Suite 200
Birmingham, AL 35203