## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **LORETTA O. BURKS,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | )   CIVIL ACTION NO.: 3:06-cv-383 |
| VS. | ) |
| | ) |
| **VANN'S FOOD MANAGEMENT, INC.,** | ) |
| d/b/a HUDDLE HOUSE, et al., | ) |
| | ) |
|     **DEFENDANTS.** | ) |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

    Comes Now **Plaintiff** and notifies the court that the parties held a settlement conference pursuant to the terms of the Uniform Scheduling Order. Settlement was not reached but the parties desire to continue settlement negotiations. If settlement is not reached by February 19, 2007, the parties plan to schedule a mediation.

    Respectfully Submitted,

    /s/James H. Starnes
    James H. Starnes, Attorney for Plaintiff

**OF COUNSEL:**
P. O. Box 590003
Birmingham, AL 35259-0003
(205) 320-0800


### CERTIFICATE OF SERVICE

    I hereby certify that I have the foregoing pleading electronically using the CM/ECF system which will electronically serve a copy of same on all counsel of record on this the 23rd day of August, 2006 as follows:

    S. Sanford Holliday
    P. O. Box 727
    Roanoke, AL 36274

Robert B. Stewart
SMITH, SPIRES & PEDDY, P.C.
2015 Second Avenue North, Suite 200
Birmingham, AL 35203

/s/James H. Starnes
OF COUNSEL