IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LORETTA O. BURKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:06cv383-WHA |
| | ) | |
| VANNA DUONG, etc., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that this cause is hereby set for a pretrial hearing as provided by Fed.R.Civ.P. 16, on Thursday, April 5, 2007, at 10:30 a.m., in chambers, in **Opelika**, Alabama.

The pretrial hearing will be conducted to consider the matters provided for in Rule 16. All parties are expected to have fully complied with this court's Rule 16 order.  All parties should prepare and have ready all possible admissions of fact and documents which might avoid unnecessary proof upon trial.

LEAD TRIAL COUNSEL FOR ALL PARTIES MUST BE PRESENT at the time above designated and be fully prepared to state the facts of the case in the most minute detail and to admit all facts that are true.  Appropriate penalties will be imposed for failure to comply with these requirements.

All motions WHICH HAVE NOT BEEN OTHERWISE SUBMITTED OR RULED ON will be heard at the above stated time.

The parties are DIRECTED to JOINTLY prepare a proposed pretrial order in accordance with the attached outline.  Plaintiff shall insure that the original of the proposed pretrial order is received by the court NOT LATER THAN TWO BUSINESS DAYS prior to the pretrial conference by either delivery of the order to chambers or by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to propord_albritton@almd.uscourts.gov.  For this purpose, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

TRIAL TERM COMMENCES: May 7, 2007, in Opelika, Alabama.

DONE this 22nd day of February, 2007.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
(        ) DIVISION


|  |  |  |
|---|---|---|
| (Style) | )<br>)<br>) | CASE NO. _:0_cv____-A |


## ORDER ON PRETRIAL HEARING

A pretrial hearing was held in this case on _____, wherein the following

proceedings were held and actions taken:

    1.  PARTIES AND TRIAL COUNSEL:


      COUNSEL APPEARING AT PRETRIAL HEARING:  (same as trial counsel) or

(indicate if different) _____.


    2.  JURISDICTION AND VENUE:


    3.  PLEADINGS:  The following pleadings and amendments were allowed:


    4.  CONTENTIONS OF THE PARTIES:

        (a)  The plaintiff(s)

        (b)  The defendant(s)


    5.  STIPULATIONS BY AND BETWEEN THE PARTIES:

6. The Plaintiff(s) shall file a trial brief with the court **on or before**

_____. The Defendant(s) shall file a trial brief with the court **on or before**

_____.

7. A trial docket will be mailed to counsel approximately one month prior to a trial term. **If a jury trial**: the parties shall file any requested voir dire questions, motions in limine, fully briefed, and any proposed jury instructions, together with citations of law thereon, on or before two weeks prior to the date shown on the docket for jury selection, unless said time is shortened by the court on motion of either party.

8. Each party shall have available at the time of trial, for use by the court, two copies of the list of the party's exhibits and two extra copies of each photostatically reproducible exhibit.

9. It is ORDERED by this Court that all of the above-named allowances and agreements be, and the same are hereby, binding upon all parties in the above-styled cause unless this Order be hereafter modified by Order of the Court.

DONE this _____ day of _____, 20___.


_____
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE