IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| LORETTA O. BURKS )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>VANNA DUONG, doing )<br>business as Huddle House )<br>Of Roanoke, and VANNA'S )<br>FOOD MANAGEMENT, INC., )<br>doing business as )<br>Huddle House of Roanoke, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:06cv383-MHT |

ORDER

In light of the reassignment of this case to the undersigned, it is ORDERED that the pretrial hearing shall remain at 10:30 a.m. on April 5, 2007, but shall be in chambers in Montgomery, Alabama: Room 200FMJ, Frank M. Johnson, Jr. Federal Courthouse Complex, One Church Street, Montgomery, Alabama 36104.

The jointly prepared proposed pretrial order should be emailed to [propord_thompson@almd.uscourts.gov](mailto:propord_thompson@almd.uscourts.gov), in either Word or WordPerfect (<u>not</u> PDF) format, by 3:00 p.m. on April 4, 2007.

DONE, this the 3rd day of April, 2007.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**